\*\*E-filed 3/2/06\*\*

Jared Robinson Smith (SBN 130343)
Law Office of Jared Robinson Smith
1626 Merritt Drive
Novato CA 94949
Tel: (415) 828-7986
Fax: (415) 276-2368
Email: jaredrsmith@yahoo.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| LESSIE JAMES, individually and SHIESHA LEOPOLD and CATIA GOODE, individually and on Behalf of All Others Similarly Situated<br><br>Plaintiffs<br><br>vs.<br><br>CAREER SYSTEMS DEVELOPMENT CORPORATION aka JOB CORPS,<br><br>Defendants | Case No: C 05-04125 JF<br><br>STIPULATION AND [Proposed] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND CASE MANAGEMENT DATES<br><br>Current Date: March 3, 2006<br>Proposed Date: April 28, 2006 |

WHEREAS, defendant CAREER SYSTEMS DEVELOPMENT CORPORATION was served on January 30, 2006 and filed an Answer on or about February 21, 2006; and

WHEREAS, there is currently a Case Management Conference set for Friday, March 3, 2006 at 10:30 a.m.; and

WHEREAS, the parties require additional time to meet and confer regarding case management issues and initial disclosures,

IT IS HEREBY STIPULATED AND AGREED that:

1. The Case Management Conference set for Friday, Friday, March 3, 2006 at 10:30 a.m. be continued to **Friday, April 28, 2006 at 10:30 a.m.**;

STIPULATION AND [Proposed] ORDER                - 1 -
CONTINUING CASE MANAGEMENT
CONFERENCE AND CASE MANAGEMENT DATES

2. Case management dates be continued to the following dates:

**April 7, 2006**   Last day to meet and confer re initial disclosures, early settlement, ADR process & ADR selection, and discovery plan
FRCivP 26(f) and Civil L.R. 3-5

**April 7, 2006**   Last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference
Civil L.R. 16-8

**April 21, 2006**   Last day to complete initial disclosures or state objection in Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report
FRCivP 26(a)(1) and Civil L.R.16-9

DATED: 2/27/2006          LAW OFFICE OF JARED ROBINSON SMITH

By: //s// Jared R. Smith
Jared R. Smith, Esq.
Attorney for Plaintiffs

DATED: 2/27/2006          GORDON & REES LLP

By: Jonathan D. Andrews, Esq.
Truth A. Fisher, Esq.

GORDON & REES LLP
101 West Broadway, Suite 1600
San Diego CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys for Defendant

**IT IS SO ORDERED.**

DATED: 3/1/06          THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

STIPULATION AND [Proposed] ORDER          - 2 -
CONTINUING CASE MANAGEMENT
CONFERENCE AND CASE MANAGEMENT DATES