```
 1  ALAN B. YUTER (SBN 101534)                    **E-filed 3/2/06**
     HYURA CHOI (SBN 240533)
 2  SELMAN BREITMAN LLP
     11766 Wilshire Boulevard, Sixth Floor
 3  Los Angeles, CA  90025
     Telephone:   (310) 445-0800
 4  Facsimile:   (310) 473-2525

 5  Attorneys for Defendant
     SCOTTSDALE INSURANCE COMPANY
 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  ROBERT SILACCI, RUSTI          CASE NO. C 04 04125 PVT ARB
     SILACCI, SERGIO BARRERA,
12  MARIA BARRERA, MAGDELENA
     BARRERA, CLODOALDO CORTEZ     Judge : HON. JEREMY D.
13  AND GUADALUPE CORTEZ,          FOGEL

14          Plaintiffs,             [PROPOSED] JUDGMENT BY COURT
                                    UNDER CCP SECTION 437 c
15       v.
                                    Complaint Filed : 8/18/2004
16  SCOTTSDALE INSURANCE
     COMPANY, ,
17
             Defendants.
18
```

19      This action came on for hearing before the Court, on

20  February 3, 2006, Hon. Jeremy D. Fogel Presiding, on a Motion for

21  Summary Judgment, and the evidence presented and having been

22  fully considered, the issues having been duly heard and a

23  decision having been duly rendered,

24      IT IS SO ORDERED AND ADJUDGED that the plaintiffs take

25  nothing, that the action be dismissed on the merits and that

26  defendant SCOTTSDALE INSURANCE COMPANY recover its costs.

27      Attached hereto as Exhibit A is a true and correct copy of

28  the Court's Order granting defendant SCOTTSDALE INSURANCE

Selman Breitman LLP
ATTORNEYS AT LAW

1 | COMPANY'S Motion for Summary Judgment, dated February 16, 2006.
2 |     IT IS SO ORDERED:
3 |
4 | Dated:  3/2/06
5 |     Jeremy Fogel
    Judge of the District Court

Selman Breitman LLP
ATTORNEYS AT LAW

303121.1  380.18422