**FILED**

AUG 0 3 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESSIE JAMES, individually and SHIESHA LEOPOLD and CATIA GOODE, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CAREER SYSTEM DEVELOPMENT CORPORATION aka JOB CORPS,<br><br>Defendants. | CASE NO. C 05-04125 ~~HRL~~ JF<br>Jeremy Fogel<br>Assigned To: Honorable ~~Howard R. Lloyd~~<br><br>~~[PROPOSED]~~ ORDER CONTINUING MEDIATION CUT-OFF DATE AND STATUS CONFERENCE<br><br>Complaint Filed: January 27, 2006<br>Trial Date: None Set |

By agreement between the attorneys for plaintiffs LESSIE JAMES, SHIESHA LEOPOLD and CATIA GOODE and attorneys for defendant CAREER SYSTEMS DEVELOPMENT CORP., and good cause appearing therefore, IT IS HEREBY ORDERED that the mediation cut-off date and the post-mediation status conference date be continued as follows:

///

///

///

///

-1-

[Proposed] Order

Case Number: C 05-04125 HRL

1

1. **Mediation Cut-off Date**

The parties shall complete mediation in this matter on or before September 29, 2006.

2. **Status Conference**

The Post-Mediation Status Conference is continued to ___Oct. 13, 2006___ in the above referenced court.

Dated: 8/3/06

_____
Honorable ~~Howard R. Lloyd~~ Jeremy Fogel
Judge of the United States District Court

-2-

CSYS\1037244\367914.1   [Proposed] Order                                Case Number: C 05-04125 HRL