AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Lessie James
        Plaintiff(s),

V.

Career Systems Development Co. aka Job Corps
        Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C 05-04125 JF

Notice is hereby given that, subject to approval by the court, __Lessie James__ (Party(s) Name) substitutes __William F. Schauman__ (Name of New Attorney), State Bar No. __210861__, as counsel of record in place of __Jared R. Smith__ (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: Schauman & Hubins
Address: 5700 Stoneridge Mall Road, Ste. 130, Pleasanton, CA 94588
Telephone: (925) 846-5400    Facsimile: (925) 846-5402
E-Mail (Optional): wschauman@schauman-hubins.com

I consent to the above substitution.
Date: _____
(Signature of Party(s)) — Lessie M. James

I consent to being substituted.
Date: 6/12/2007
— Jared R. Smith

I consent to the above substitution.
Date: 6/12/07
(Signature of New Attorney) — William F. Schauman

The substitution of attorney is hereby approved and so ORDERED.

Date: 7/12/07
Judge Jeremy Fogel

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]