**Filed**

NOV 1 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

LESSIE JAMES,
          Plaintiff,

V.

CAREER SYSTEMS DEVELOPMENT,
          Defendants.

Case No. CV-05-4125-JF

ORDER TO SHOW CAUSE RE:
DISMISSAL

      The above named matter came regularly for a case management conference hearing as to Plaintiffs Catia Goode and Shiesha Leopold before the Honorable Jeremy Fogel in Courtroom 3, on November 9, 2007. No appearance was made by Plaintiffs Goode and Leopold. The Court hereby issues an Order to Show Cause to be heard on December 14, 2007 at 10:30 a.m. as to why this action should not be dismissed as to Goode and Leopold for failure to prosecute. If Plaintiffs do not file a response to the Order to Show Cause by December 4, 2007, demonstrating why the case should not be dismissed, the Court will dismiss the action with prejudice as to Plaintiffs Goode and Leopold, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute.

Dated: November 14, 2007

JEREMY FOGEL
United States District Judge