**E-filed 1/16/08**

William F. Schauman (SBN 210661)
SCHAUMAN & HUBINS
5700 Stoneridge Mall Road, Suite 130
Pleasanton, California 94588
(925) 846-5400; Fax: (925) 846-5402

Attorneys for Plaintiff, LESSIE JAMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

LESSIE JAMES, an individual,

    Plaintiff(s),

vs.

CAREER SYSTEMS DEVELOPMENT CORPORATION aka JOB CORPS, et al.

    Defendant(s).

Case No. C-05-04125HRL

**[PROPOSED] ORDER GRANTING CONTINUANCE OF CURRENT TRIAL DATE**

Based upon the above-referenced Parties Stipulation, which is attached hereto as Exhibit No. 1, the Court hereby orders the following:

1. The current trial date of Friday, April 18, 2008 is vacated and is continued to __August 8__, 2008;

2. The current Pre-Trial Conference date of April 11, 2006 is vacated and is continued to __August 1__, 2008;

3. Factual discovery shall now remain open until April 18, 2008; and

4. Expert Disclosures shall now occur on June 18, 2008.

IT IS SO ORDERED.

DATED: 1/16/08

_____
Judge Jeremy Fogel

1
[PROPOSED] ORDER GRANTING CONTINUANCE OF CURRENT TRIAL DATE    Case No. C-05-04125HRL)