JONATHAN D. ANDREWS (SBN: 199256)
SHAUNA L. DURRANT (SBN: 228489)
ANDREWS · LAGASSE · BRANCH & BELL LLP
11232 El Camino Real, Suite 250
San Diego, CA 92130
Telephone: (858) 345-5080
Facsimile: (858) 345-5025

Attorneys For Defendant
CAREER SYSTEMS DEVELOPMENT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LESSIE JAMES, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>CAREER SYSTEM DEVELOPMENT CORPORATION,<br><br>    Defendant. | CASE NO. C 05-04125 HRL<br><br>**STIPULATION TO CONTINUE TRIAL DATE** |

THE PARTIES TO THE ABOVE ENTITLED ACTION in the above-entitled action hereby agree and stipulate to the following:

1. A continuance of the current trial date of Friday, August 8, 2008, to Friday September 19, 2008, or whatever date the Court deems appropriate;

2. A continuance of the current Pre-Trial Conference date of August 1, 2008, to September 12, 2008, or whatever date the court deems appropriate;

3. Expert Disclosures shall occur on August 15, 2008;

4. The parties agree to have motions for summary judgment/adjudication heard by the Court on August 1, 2008.

1
2   Dated: May 20, 2008            SCHAUMAN & HUBINS
3
4                                  By: /s/ William F. Schauman
5                                  William F. Schauman
                                   Attorney For Plaintiff
                                   LESSIE JAMES
6
7   Dated: May 20, 2008            ANDREWS · LAGASSE · BRANCH & BELL LLP
8
9                                  By: /s/ Jonathan D. Andrews
                                   Jonathan D. Andrews
10                                 Attorney For Defendant
                                   CAREER SYSTEMS DEVELOPMENT
11                                 CORPORATION
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANDREWS · LAGASSE · BRANCH & BELL LLP
11232 El Camino Real, Suite 250
San Diego, CA 92130

-2-

STIPULATION TO CONTINUE TRIAL DATE                    CASE NUMBER: C 05-04125 HRL

JONATHAN D. ANDREWS (SBN: 199256)
SHAUNA L. DURRANT (SBN: 228489)
ANDREWS · LAGASSE · BRANCH & BELL LLP
11232 El Camino Real, Suite 250
San Diego, CA 92130
Telephone: (858) 345-5080
Facsimile: (858) 345-5025

Attorneys For Defendant
CAREER SYSTEMS DEVELOPMENT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LESSIE JAMES, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CAREER SYSTEM DEVELOPMENT CORPORATION,<br><br>　　　　　Defendant. | CASE NO. C 05-04125 HRL<br><br>[~~PROPOSED~~] ORDER GRANTING CONTINUANCE OF TRIAL DATE |

Based upon the Parties' Stipulation, which is attached hereto as Exhibit No. 1, the Court hereby orders the following:

1. The current trial date of Friday, August 8, 2008 is vacated and is continued to ___9/19_____, 2008;

2. The current Pre-Trial Conference date of August 1, 2008 is vacated and is continued to ____9/12_____, 2008; and

3. Expert Disclosures shall now occur on August 15, 2008.

**SO ORDERED:**

Dated: May _22_, 2008

_____
Honorable Jeremy Fogel

| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | COURT USE ONLY |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):   Telephone No.<br>Jonathan D. Andrews, Esq. (SBN: 199256)   Tel: (858) 345-5080<br>ANDREWS · LAGASSE · BRANCH & BELL LLP<br>11232 El Camino Real, Suite 250<br>San Diego, California 92130 | |
| SHORT CASE TITLE<br>JAMES, et al. v. CAREER SYSTEMS DEVELOPMENT CORP. | ICJ:   HON. HOWARD R. LLOYDS<br>DEPT: |
| ATTORNEYS FOR DEFENDANTS<br>CAREER SYSTEMS DEVELOPMENT CORPORATION, et al. | Case No. C 05-04125 HRL |

## PROOF OF SERVICE

I, the undersigned, say: I am over 18 years of age, employed in the County of San Diego, California, in which the within-mentioned service occurred; and that I am not a party to the subject cause. My business address is 11232 El Camino Real, Suite 250, San Diego, CA 92130.

On May 20, 2008, I served the following documents: **STIPULATION TO CONTINUE TRIAL DATE and [PROPOSED] ORDER GRANTING CONTINUANCE OF TRIAL DATE** by placing a copy thereof in a separate envelope for each addressee named hereafter and addressed as follows:

*ATTORNEY FOR PLAINTIFFS*

William F. Schauman
SCHAUMAN & HUBINS
5700 Stoneridge Mall road, Suite 130
Pleasanton, CA 94588
Tel: (415) 828-7986
Fax: (415) 276-2368

( )   **BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED.** I am familiar with this firm's practice of collection and processing correspondence for certified mailing, return receipt requested with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business pursuant to Code of Civil Procedure §877.6.

(X)   **BY MAIL.** I am familiar with this firm's practice of collection and processing correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business pursuant to Code of Civil Procedure §1013a.

( )   **BY FAX.** In addition to service by mail as set forth above, a copy of said document(s) were also delivered by facsimile transmission to the addressee pursuant to Code of Civil Procedure §1013(e).

- 1 -

( )   **BY PERSONAL SERVICE.**  I hand-delivered said document(s) to the addressee pursuant to Code of Civil Procedure §1011.

( )   **PERSONAL SERVICE BY CAUSE.**  I caused said documents to be hand-delivered to the addressee on May 20, 2008, pursuant to Code of Civil Procedure §1011.

( )   **BY FEDERAL EXPRESS.**  I deposited said document(s) in a box or other facility regularly maintained by the express service carrier providing overnight delivery pursuant to Code of Civil Procedure §1013(c).

( )   **BY ELECTRONIC FILING.**  I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing system for the above-entitled case.  The file transmission was reported as successful and a copy of the Electronic Case Filing Receipt will be maintained with the original document(s) in our office.

      I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

      I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

      I declare, under the penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on May 20, 2008.

_____
Cirila Trujillo