William F. Schauman (SBN 210661)
SCHAUMAN & HUBINS
5700 Stoneridge Mall Road, Suite 130
Pleasanton, California 94588
(925) 846-5400; Fax: (925) 846-5402

Attorneys for Plaintiff, LESSIE JAMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LESSIE JAMES, an individual, | Case No. C-05-04125HRL |
| Plaintiff(s), | **STIPULATION FOR DISMISSAL WITH PREJUDICE** AND ORDER |
| vs. | |
| CAREER SYSTEMS DEVELOPMENT CORPORATION aka JOB CORPS, et al. | |
| Defendant(s). | |

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel of record, that:

The parties to this action, Defendant CAREER SYSTMES DEVELOPMENT CORPORATION, and Plaintiff LESSIE JAMES, hereby stipulate to the dismissal with prejudice of the entire action with each party to bear his, her, or its own attorneys' fees, costs, and litigation expenses.

DATED: October 8, 2008                SCHAUMAN & HUBINS


                                       /s/ William F. Schamaun
                                       WILLIAM F. SCHAUMAN,
                                       Attorney for Plaintiff, LESSIE JAMES

| | | |
|---|---|---|
| 1 | DATED: October 8, 2008 | ANDREWS, LAGASSE, BRANCH & BELL |

*/s/ Jonathan D. Andrews*
JONATHAN D. ANDREWS
Attorney for Defendant
CAREER SYSTEMS DEVELOPMENT CORPORATION

IT IS SO ORDERED.

Dated: 10/10/08

_____
Jeremy Fogel, U.S. District Judge

STIPULATION FOR DISMISSAL WITH PREJUDICE                    CASE NO. C-05-04125HRL

| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | COURT USE ONLY |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):     Telephone No.<br>Jonathan D. Andrews, Esq. (SBN: 199256)     Tel: (858) 345-5080<br>ANDREWS · LAGASSE · BRANCH & BELL LLP<br>11232 El Camino Real, Suite 250<br>San Diego, California 92130 | |
| SHORT CASE TITLE<br>JAMES, et al. v. CAREER SYSTEMS DEVELOPMENT CORP. | ICJ:     HON. HOWARD R. LLOYDS<br>DEPT: |
| ATTORNEYS FOR DEFENDANTS<br>CAREER SYSTEMS DEVELOPMENT CORPORATION, et al. | Case No. C 05-04125 HRL |

## PROOF OF SERVICE

I, the undersigned, say: I am over 18 years of age, employed in the County of San Diego, California, in which the within-mentioned service occurred; and that I am not a party to the subject cause. My business address is 11232 El Camino Real, Suite 250, San Diego, CA 92130.

On October 8, 2008, I served the following documents: **STIPULATION FOR DISMISSAL WITH PREJUDICE** by placing a copy thereof in a separate envelope for each addressee named hereafter and addressed as follows:

*ATTORNEY FOR PLAINTIFFS*

William F. Schauman
SCHAUMAN & HUBINS
5700 Stoneridge Mall road, Suite 130
Pleasanton, CA  94588
Tel: (415) 828-7986
Fax: (415) 276-2368

( X ) **BY ELECTRONIC FILING**. I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing system for the above-entitled case. The file transmission was reported as successful and a copy of the Electronic Case Filing Receipt will be maintained with the original document(s) in our office.

I declare, under the penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on October 8, 2008.        /s/ *Cirila Trujillo*
                                              Cirila Trujillo